Case 4:25-cv-05229  Document 8  Filed 11/25/25 in TXSD  Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
November 30, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **GRACIELA ESTHER GUTIERREZ-FONSECA,** | § § § § § | |
| Petitioner, | § | |
| VS. | § | CIVIL ACTION NO. 4:25-CV-05229 |
| **WARDEN, MONTGOMERY PROCESSING CENTER,** *et al.*, | § § § § | |
| Respondents. | | |

# ORDER

The Court considered Petitioner Graciela Esther Gutierrez-Fonseca's Petition for Writ of Habeas Corpus (ECF No. 1) and Respondents' Motion to Dismiss (ECF No. 6). After considering the briefing and the arguments of counsel, the Court **GRANTED IN PART** Petitioner's Petition for Writ of Habeas Corpus (ECF No. 1). The Court has determined that the Petitioner is properly subject to 8 U.S.C. § 1226(a), rather than 8 U.S.C. § 1225(b)(2). The Court **DENIED** Respondents' Motion to Dismiss (ECF No. 6).

It is hereby **ORDERED** that Respondents provide Petitioner with a bond hearing before an Immigration Judge under 8 U.S.C. § 1226(a) within seven days, that is, by December 2, 2025, or else release Petitioner. It is further **ORDERED** that Respondents update the Court on the status of the bond hearing on December 5, 2025.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas on November 25, 2025.

                                            Keith P. Ellison
                                            United States District Judge